LUCINDA BURTON, Appellant, *v.* NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent.

*Burton* v. *N. Y. C. & H. R. R. R. Co.,* 147 App. Div. 557, affirmed.

(Argued January 16, 1914; decided February 3, 1914.)

APPEAL from a judgment entered January 24, 1912, upon an order of the Appellate Division of the Supreme Court in the second judicial department, overruling plaintiff's exceptions ordered to be heard in the first instance by the Appellate Division, denying a motion for a new trial and directing judgment for defendant in an action to recover damages alleged to have been sustained by plaintiff through the defendant permitting certain

police officers to arrest and remove her from one of its trains on which she was a passenger.

*William F. Connell* for appellant.

*Robert A. Kutschbock* and *Alex. S. Lyman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, HISCOCK, CHASE, COLLIN, CUDDEBACK and MILLER, JJ.